**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA LATHAM, | No. 2:23-CV-0047-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This action was removed from the Amador County Superior Court by Defendants on January 9, 2023.  Pending before the Court is Defendants' request, ECF No. 5, for screening of Plaintiff's complaint pursuant to the Prison Litigation Reform Act.  Good cause appearing therefor, and because screening is required by law, Defendants' request is granted.  The Court will address the sufficiency of Plaintiff's complaint by separate order.

IT IS SO ORDERED.

Dated:  January 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1