IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LATHAM, | No. 2:23-CV-0047-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions, ECF Nos. 15 and 17, requesting permission pursuant to Eastern District of California Local Rule 220 that declarations attached to his original complaint be removed such that they may be attached to Plaintiff's second amended complaint filed as of right on July 21, 2025.  Good cause appearing therefor, the Court will grant Plaintiff's motions.  The Court will direct that the declarations and exhibits attached to Plaintiff's original complaint at ECF No. 1, pgs. 12-77, be re-filed as exhibits supporting Plaintiff's second amended complaint at ECF No. 18.  The sufficiency of Plaintiff's second amended complaint will be addressed separately.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motions pursuant to Local Rule 220, ECF Nos. 15 and 17, are granted.

2. The Clerk of the Court is directed to refile the declarations and exhibits at ECF No. 1, pgs. 12-77, as exhibits supporting Plaintiff's second amended complaint at ECF No. 18.

Dated:  August 5, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2