**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA LATHAM,<br>Plaintiff,<br>v.<br>SAXTON, et al.,<br>Defendants. | No. 2:23-CV-0047-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's second amended complaint, ECF No. 18.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against the named defendants based on allegations of retaliation occurring in August 2021 at Mule Creek State Prison. If the allegations are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action. The Court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until Plaintiff

complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The following defendants, who were named in the original complaint but who are no longer named in the operative second amended complaint, are terminated from the action: California Department of Corrections and Rehabilitation; C. Gipson; P. Covello; B. Holmes; and J. Feltner.

2. The Clerk of the Court is directed to update the docket to reflect the following defendants: J. Filipello; E. Saxton; D. Mendez; and B. Stacy.

3. Defendants Filipello, Saxton, Mendez, and Stacy shall file a response to Plaintiff's second amended complaint within 30 days of the date of this order.

Dated: July 17, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE