UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSHUA LATHAM,

Plaintiff,

v.

J. FILIPELLO, et al.,

Defendants.

No. 2:23-cv-00047-ICD (PC)

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

**THIRTY-DAY DEADLINE**

On October 15, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge